Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on October 26, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

EUGENIO SARMIENTO SANTIAGO aka EUGENIO SANTIAGO aka EUGENIO SANTIAGO, Debtor; RICHARD M KIPPERMAN, Chapter 7 Trustee; SELECT PORTFOLIO SVCIN, Junior Lienholder;

Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted. Motion Docket Entry No. _____

//

//

//

//

DATED: October 25, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

_____
(Firm name)

By:_____
Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                     CASE NO:
                                                         RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

☐    Debtor *(Name)*:

☐    Debtor's Attorney *(Name)*:

☐    Trustee *(Name)*:

☐    United States Trustee (in Chapter 11 & 12 cases), and

☐    Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐    The following real property:

    a.    Street address of the property including county and state:

    b.    Legal description is ☐ attached as Exhibit B or ☐ described below:

2. ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge Peter W. Bowie October 25, 2010*

# EXHIBIT B

*Signed by Judge Peter W. Bowie October 25, 2010*



**18048**

Exhibit A

All that certain real property situated in the County of San Diego, State of California, described as follows:

THAT PORTION OF LOT 40 OF THE SUBDIVISION OF TRACT D OF RANCHO MONSERATE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 821, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 25, 1896, DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF LOT 40; THENCE ALONG THE NORTHERLY LINE OF SAID LOT 40 NORTH 89°29'30" WEST 600.02 FEET TO THE CENTER OF THE COUNTY ROAD, BEING THE NORTHWESTERLY CORNER OF LAND DESCRIBED UNDER PARCEL 2 IN DEED TO STIVER'S BROS. LTD., RECORDED JUNE 10, 1960 AS FILE NO. 119076 AND BEING A POINT HEREIN DESIGNATED AS POINT "X"; THENCE RETRACTING ALONG SAID NORTHERLY LINE SOUTH 89°29'30" EAST 305.88 FEET TO THE NORTHEASTERLY CORNER OF SAID LAND OF STIVER'S BROS., LTD., THENCE ALONG THE EASTERLY AND SOUTHEASTERLY BOUNDARY OF SAID LAND AS FOLLOWS: SOUTH 46°53'00" WEST 131.47 FEET SOUTH 18°27'00" WEST 35.77 FEET; SOUTH 28°29'00" EAST 35.44 FEET; THENCE SOUTH 49° 17' 00" EAST 67.37 FEET; SOUTH 38°41'00" EAST 80.93 FEET SOUTH 69°31'30" WEST 148.20 FEET SOUTH 60°09'40" WEST 47.08 FEET SOUTH 51°18'00" WEST 95.19 FEET AND SOUTH 48°35'40" WEST 81.75 FEET TO THE TRUE POINT OF BEGINNING; THENCE LEAVING SAID BOUNDARY NORTH 01°00'30" WEST 421.44 FEET TO THE SOUTHEASTERLY LINE OF GREEN CANYON ROAD, AS THE SAME IS NOW LOCATED AND ESTABLISHED; THENCE CONTINUING NORTH 01°00'34" WEST TO A LINE WHICH BEARS SOUTH 44°41'00" WEST FROM SAID POINT "X" BEING A POINT IN THE NORTHWESTERLY BOUNDARY OF SAID PARCEL 2 OF LAND OF STIVER'S BROS., LTD., THENCE ALONG THE BOUNDARY OF SAID LAND AS FOLLOWS; SOUTH 44°41'00" WEST TO A POINT DISTANT ALONG SAID CURVE 129.35 FEET FROM SAID POINT "X" SOUTH 35°11'00" WEST 214.00 FEET AND SOUTH 51°51'00" WEST 187 FEET; THENCE CONTINUING ALONG SAID BOUNDARY AND THE SOUTHERLY PROLONGATION THEREOF SOUTH 10° 11' 00" WEST 229.00 FEET TO A POINT HEREIN DESIGNATED AS POINT "X"; THENCE NORTH 33°31'00" EAST 150.00 FEET TO THE BEGINNING OF A TANGENT 60.00 FOOT RADIUS CURVE, CONCAVE SOUTHERLY; THENCE NORTHEASTERLY AND EASTERLY AND SOUTHEASTERLY ALONG THE ARC OF SAID CURVE TO A LINE WHICH BEARS SOUTH 79° 05' 40" WEST FROM THE TRUE POINT OF BEGINNING; THENCE NORTH 79°05'40" EAST APPROXIMATELY 8.00 FEET TO THE NORTHEASTERLY LINE OF COUNTY ROAD SURVEY NO. 874 (KNOWN AS WINTER WARM DRIVE) THENCE CONTINUING NORTH 79° 05' 40" EAST 214.90 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPTING THAT PORTION LYING WITHIN A STRIP OF LAND WHICH IS 20.00 FEET NORTHWESTERLY, NORTHERLY AND NORTHEASTERLY MEASURED AT RIGHT ANGLES AND RADIALLY TO THE FOLLOWING DESCRIBED LINE:

BEGINNING AT SAID POINT "X"; THENCE NORTH 33°31'00" EAST 150.00 FEET TO THE BEGINNING OF A TANGENT 60.00 FOOT RADIUS CURVE, CONCAVE SOUTHERLY; THENCE NORTHEASTERLY, EASTERLY AND SOUTHEASTERLY ALONG THE ARC OF SAID CURVE TO AN ANGLE POINT IN THE BOUNDARY OF LAND DESCRIBED IN DEED TO ANDREW F. FARNHOLM, ET UX, ON DECEMBER 19, 1927 IN BOOK 1423, PAGE 156 OF DEEDS.

*Signed by Judge Peter W. Bowie October 25, 2010*